**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LLOYD BELL,                                    )
                                               )
                Plaintiff,                     )
                                               )
v.                                             )      Civil Action No. 09 1867
                                               )
STANWOOD DUVAL, JR. and SARAH VANCE,           )
                                               )
                Defendants.                    )

## MEMORANDUM OPINION

This matter comes before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*.[1] The application will be granted, but the complaint will be dismissed.

Plaintiff's causes of action arise from proceedings in the United States District Court for the Eastern District of Louisiana before The Hon. Stanwood Duval, Jr., and The Hon. Sarah S. Vance, both United States District Judges. Plaintiff alleges a criminal conspiracy, but in fact, he challenges Judge Duval's rulings with respect to plaintiff's competency to stand trial and the dismissal of a civil action against an Agent of the United States Secret Service. In addition, he challenges Judge Vance's decision to dismiss certain defendants as parties to another civil action.

It is settled law that judges enjoy absolute immunity from liability for damages for acts committed within their judicial jurisdiction. *See Mirales v. Waco*, 502 U.S. 9 (1991); *Forrester v. White*, 484 U.S. 219 (1988); *Bradley v. Fisher*, 13 Wall. 335, 20 L.Ed. 646 (1872). Plaintiff seeks monetary relief against defendants who are immune from such relief, and the Court therefore will dismiss this action with prejudice. *See* 28 U.S.C. §§ 1915(e)(2)(B)(iii);

---

[1] For purposes of this Memorandum Opinion and Order, the Court consolidates two separate complaints against Judge Duval and one complaint against Judge Vance.



1915A(b)(2).

An Order consistent with this Memorandum Opinion will be issued separately.

_Ellen S Huvelle_
United States District Judge

Date: 9/24/09